562 U.S. 955, 131 S. Ct. 354, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7757.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 602 F.3d 797.

**No. 10-5882. Javier Robles, Petitioner v. United States.**

562 U.S. 955, 131 S. Ct. 355, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7800.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 604 F.3d 673.

**No. 10-5910. Shi Yong Wei, Petitioner v. United States.**

562 U.S. 955, 131 S. Ct. 358, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7817.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 373 Fed. Appx. 121.

**No. 10-5986. Tomas Vargas, Petitioner v. United States.**

562 U.S. 955, 131 S. Ct. 364, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7790.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 378 Fed. Appx. 41.

**No. 09-11293. In re James Oliver, Petitioner.**

562 U.S. 825, 131 S. Ct. 174, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7797.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 09-11317. In re Ronald D. Blamey, Petitioner.**

562 U.S. 825, 131 S. Ct. 177, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7715.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 09-11321. In re Allah, Petitioner.**

562 U.S. 825, 131 S. Ct. 178, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7755,

October 4, 2010. Petition for writ of habeas corpus denied.